No. 93.   M. Jacobson & Sons Trust *v.* Bomeisler et al.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.   *Messrs. Francis P. Garland* and *Frank P. Ryan* for petitioner.   *Mr. Marcien Jenckes* for respondents.

No. 102.   Orfanos, Administrator, *v.* Zolintakis, Executor.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.   *Messrs. P. T. Farnsworth, Jr.* and *W. Q. Van Cott* for petitioner.   *Messrs. Calvin W. Rawlings* and *H. E. Wallace* for respondent.

No. 104.   Alberty, Trading as Alberty's Food Products, et al. *v.* Federal Trade Commission.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Messrs. W. I. Gilbert, Jr.* and *Charles H. Carr* for petitioners.   *Assistant Solicitor General Fahy, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.

No. 106.   Mississippi for the use and benefit of Shoemaker, Administrator, *v.* Thames et al.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Webb M. Mize* for petitioner.   *Messrs. William H. Watkins* and *George Butler* for respondents.

No. 107.   Pope Estate Co. *v.* Lewis, Former Collector of Internal Revenue.   October 13, 1941.   Petition